DANIEL RODRIGUEZ, ESQ., SBN 96625
J. MIGUEL FLORES, ESQ., SBN 240535
**RODRIGUEZ & ASSOCIATES**
**A PROFESSIONAL LAW CORPORATION**
2020 EYE STREET
BAKERSFIELD, CA  93301
TELEPHONE (661) 323-1400   FAX (661) 323-0132

Attorneys for Plaintiffs MARIA D. CHAVEZ and RENE CHAVEZ, individually and as the successors in interest of CHRISTIAN CHAVEZ, Deceased

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA D. CHAVEZ and RENE CHAVEZ, individually and as the Successors-in-Interest of CHRISTIAN CHAVEZ, Deceased<br><br>        Plaintiffs,<br><br>    vs.<br><br>COUNTY OF KERN, TOMMY J. ROBINS , JEREMY STORAR, and DOES 1 to 100, inclusive,<br><br>        Defendants. | Case No.  1:12-CV-01004 LJO JLT<br><br>**PROTECTIVE ORDER RE DOCUMENTS RELEASED BY DEFENDANTS PURSUANT TO FRCP 26(A)(1)(A) OR THROUGH DISCOVERY**<br><br>**(Doc. 11)** |

The parties having stipulated thereto and good cause appearing therefore, IT IS HEREBY ORDERED:

1. Any documents from the personnel file of any peace officer, including TOMMY J. ROBINS, and JEREMY STORAR, and all DVDs and CDs and any transcripts of interviews of third party witnesses released by Defendant County of Kern pursuant to Federal Rule of Civil Procedure 26(a)(1)(A) as part of Defendant's initial disclosure or through discovery and other confidential records, including but not limited to the mental health records of the decedent Christian Chavez, shall be subject to the following orders:

    a. The records shall not be copied or disseminated outside of any attorney's office except for review by the attorney's consultants, retained experts or a party to the action;

    b. The only persons who shall be authorized to view the records will be the attorneys, the attorneys' office staff, the attorney's consultants, retained experts, and the parties to the action and the Court and Court staff;

    c. The records shall not be provided to the news media directly or indirectly in any form;

    d. The records shall only be utilized in connection with this litigation and for no other purpose;

    e. If a party intends to introduce into evidence any confidential information at trial or motions, that party shall notify the Court in the joint pretrial/prehearing conference statement of this intention and shall seek an order related to the introduction of this evidence at trial pursuant to Local Rule 141.

    f. Except as to those modifications made by the Court, this stipulation may be modified or amended without leave of Court by unanimous written agreement of the parties hereto.

///

**2.**  Any person or persons violating this order shall be subject to sanctions.

IT IS SO ORDERED.

Dated:  **December 21, 2012**                    **/s/ Jennifer L. Thurston**
                                                                      UNITED STATES MAGISTRATE JUDGE