# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA D. CHAVEZ, et al., <br><br> Plaintiffs, <br><br> v. <br><br> COUNTY OF KERN, et al., <br><br> Defendants. | Case No.: 1:12-cv-01004 - JLT <br><br> ORDER GRANTING IN PART THE PARTIES' REQUEST TO CONTINUE EXPERT DESIGNATION DATE AND AMENDING THE SCHEDULING ORDER <br><br> (Doc. 33) |

On October 23, 2013, the parties filed a stipulation for extension of the expert discovery deadlines. (Doc. 33). The parties observe that the current expert disclosure deadline falls on November 28, which is Thanksgiving Day and a national holiday. *Id.* at 1. Therefore, the parties seek to modify the schedule by postponing expert disclosure from November 28, 2013 to December 5, 2013, and postponing disclosure of rebuttal experts from December 17, 2013 to December 23, 2013. *Id.* at 1-2.

Notably, the expert disclosure deadline was the date selected by the parties in a prior stipulation to amend the discovery deadlines in the Court's Scheduling Order (*See* Doc. 18 at 4). In recognition of the holiday, the Court will amend the deadline for expert witness disclosure.

Based upon the foregoing, **IT IS HEREBY ORDERED**:

1. The parties' request to extend the discovery deadlines is **GRANTED IN PART**;
2. The parties **SHALL** disclose all expert witnesses, in writing, no later than **December 5, 2013** and rebuttal experts no later than **December 23, 2013**;

1

3.     No further amendments to the Scheduling Order are made at this time.

IT IS SO ORDERED.

Dated:   **October 24, 2013**                              **/s/ Jennifer L. Thurston**
                                                            UNITED STATES MAGISTRATE JUDGE