# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA CHAVEZ, et al., ) | Case No.: 1:12-cv-01004 JLT |
| Plaintiffs, ) | ORDER GRANTING STIPULATION TO VACATE THE SETTLEMENT CONFERENCE |
| v. ) | |
| COUNTY OF KERN, et al., ) | (Doc. 44) |
| Defendants. ) | |

On February 3, 2014, counsel filed a joint request that the settlement conference, set on February 14, 2014, be vacated. (Doc. 44)  Counsel report that until expert discovery is completed, they are not able to properly evaluate the case and are not prepared to talk about settlement. Id. at 2.

Therefore, good cause appearing, the Court **GRANTS** the stipulation and **VACATES** the settlement conference.  If, in the future, counsel believe that a settlement conference would be fruitful, they may file a joint request for the Court to schedule a settlement conference.  Alternatively, they may request to be referred to the Court's VDRP (L.R. 271) which will result in a mediation being scheduled in this area with a volunteer neutral.

IT IS SO ORDERED.

Dated:   **February 4, 2014**          **/s/ Jennifer L. Thurston**
                                       UNITED STATES MAGISTRATE JUDGE

1