DANIEL RODRIGUEZ, ESQ., SBN 96625
J. MIGUEL FLORES, ESQ., SBN 240535
**RODRIGUEZ & ASSOCIATES**
**A PROFESSIONAL LAW CORPORATION**
2020 EYE STREET
BAKERSFIELD, CA  93301
TELEPHONE (661) 323-1400   FAX (661) 323-0132

Attorneys for Plaintiffs MARIA D. CHAVEZ, individually and as the successor in interest of CHRISTIAN CHAVEZ, Deceased

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA D. CHAVEZ and RENE CHAVEZ, individually and as the Successors-in-Interest of CHRISTIAN CHAVEZ, Deceased,<br><br>　　　　Plaintiffs,<br><br>　　vs.<br><br>COUNTY OF KERN, TOMMY J. ROBINS , JEREMY STORAR, and DOES 1 to 100, inclusive,<br><br>　　　　Defendants. | **Case No.  1:12-cv-01004 JLT**<br><br>**JOINT STIPULATION AND ORDER CONTINUING FINAL PRETRIAL CONFERENCE AND TRIAL DATE**<br><br>**(Doc. 46)** |

///

///

Plaintiff MARIA D. CHAVEZ and Defendants COUNTY OF KERN, TOMMY J. ROBINS, and JEREMY STORAR, constituting all the parties appearing in this action, through undersigned counsel of record hereby stipulate to continue the Final Pretrial Conference from June 4, 2014 to December 10, 2014 and further stipulate to continue Trial from July 29, 2014 to February 9, 2015.

<u>Reasons For The Continuance.</u>

Daniel Rodriguez is the lead trial attorney at Rodriguez & Associates. Mr. Rodriguez will be the lead trial attorney in this matter that is currently scheduled for trial on July 29, 2014. Mr. Rodriguez has a pre-paid vacation scheduled from July 23, 2014 through August 4, 2014 and will be out of the country. Mr. Rodriguez' trial schedule is filled until late January 2015.

The parties have completed discovery in this matter and are not requesting that discovery be re-openend. Dispositive motions have been filed and have been decided by the Court.

The parties would also like to explore the resolution of the matter before trial.

Now, therefore, IT IS HEREBY STIPULATED by and between all the parties to this action as follows:

1. That the Final Pretrial Conference, currently set for June 4, 2014, be continued to December 10, 2014; and

2. That Trial in this action, currently set for July 29, 2014, be continued to February 9, 2015.

SO STIPULATED:

| | | |
|---|---|---|
| 1 | Dated: April 18, 2014 | RODRIGUEZ & ASSOCIATES |

By: _/J/ Miguel Flores_ _____
    J. MIGUEL FLORES
   Attorney for Plaintiff

Dated: April 18, 2014          THERESA A. GOLDNER, COUNTY COUNSEL

By: _/s/_ Mark L. Nations _____
Mark L. Nations, Chief Deputy
Attorneys for Defendants County of Kern,
Tommy J. Robins and Jeremy Storar

ORDER

Based on the Joint Stipulation of the parties, the Court ORDERS[1]:

1. The pretrial conference currently set on June 4, 2014, is continued to December 10, 2014, at **9:00** a.m.;

2. The jury trial currently set on July 29, 2014, is continued to **February 17, 2015** at 8:30 a.m.

IT IS SO ORDERED.

Dated:   **April 18, 2014**              /s/ Jennifer L. Thurston
                                                         UNITED STATES MAGISTRATE JUDGE

---

[1] The time suggested for the pretrial conference conflicts with the Court's calendar as does the day proposed for trial. Thus, the Court's changes are noted in bold.