**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MARIA CHAVEZ, et al.,<br>Plaintiffs,<br>v.<br>COUNTY OF KERN, et al.,<br>Defendants. | Case No.: 1:12-cv-01004 JLT<br>ORDER AFTER NOTICE OF SETTLEMENT<br>(Doc. 62) |

On January 16, 2015, the parties filed a joint notice that the matter has been settled in full. (Doc. 62) Pursuant to Local Rule 160, IT IS HEREBY ORDERED:

1. The stipulated request for dismissal SHALL be filed no later than February 20, 2015;
2. All pending dates, conferences and hearings are VACATED and any pending motions are ordered TERMINATED.

IT IS SO ORDERED.

Dated: **January 20, 2015**

**/s/ Jennifer L. Thurston**
UNITED STATES MAGISTRATE JUDGE