DANIEL RODRIGUEZ, ESQ., SBN 96625
J. MIGUEL FLORES, ESQ., SBN 240535
**RODRIGUEZ & ASSOCIATES**
**A PROFESSIONAL LAW CORPORATION**
2020 EYE STREET
BAKERSFIELD, CA  93301
TELEPHONE (661) 323-1400   FAX (661) 323-0132

Attorneys for Plaintiffs MARIA D. CHAVEZ, individually and as the successor in interest of CHRISTIAN CHAVEZ, Deceased

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA D. CHAVEZ and RENE CHAVEZ, individually and as the Successors-in-Interest of CHRISTIAN CHAVEZ, Deceased<br><br>　　　　Plaintiffs,<br><br>　vs.<br><br>COUNTY OF KERN, TOMMY J. ROBINS , JEREMY STORAR, and DOES 1 to 100, inclusive,<br><br>　　　　Defendants. | **Case No.  1:12-CV-01004 JLT**<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE; [PROPOSED] ORDER**<br><br>Complaint Filed:  June 21, 2012 |

///

///

## STIPULATION

Pursuant to Federal Rule of Civil Procedure 41(a), and subject to the approval and order of the Court as provided below, the undersigned parties hereby stipulate to the dismissal of this action with prejudice, with each party to bear its own attorneys' fees and costs, and request that the Court enter an Order dismissing this action with prejudice, with each party to bear its own attorneys' fees and costs.

Dated: February 20, 2015        RODRIGUEZ & ASSOCIATES

                                By:  /J/ Miguel Flores _____
                                     J. MIGUEL FLORES
                                     Attorney for Plaintiff

Dated: February 20, 2015        THERESA A. GOLDNER, COUNTY COUNSEL

                                By:  /s/   Mark L. Nations _____
                                Mark L. Nations, Chief Deputy
                                Attorneys for Defendants County of Kern,
                                Tommy J. Robins and Jeremy Storar

## ORDER

The foregoing Stipulation of the Parties is accepted and approved, and this action is hereby dismissed with prejudice, with each party to bear its own attorneys' fees and costs.

IT IS SO ORDERED.

   Dated:  **February 20, 2015**            **/s/ Jennifer L. Thurston**
                                        UNITED STATES MAGISTRATE JUDGE